UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-------------------------------X Docket#
UNITED STATES OF AMERICA,      : 18-cr-00408-BMC-4
                               :
        - versus -             : U.S. Courthouse
                               : Brooklyn, New York
                               :
HUANG, et al.,                 : September 23, 2019
          Defendants           : 11:43 AM
-------------------------------X
```

TRANSCRIPT OF CRIMINAL CAUSE FOR PLEADING
BEFORE THE HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE

A P P E A R A N C E S:

**For the Government**:          **Richard P. Donoghue, Esq.**
                               United States Attorney

                         BY:   **William Campos, Esq.**
                               Assistant U.S. Attorney
                               **Robert Kaftal, Esq.**
                               Special Assistant
                               U.S. Attorney
                               271 Cadman Plaza East
                               Brooklyn, New York  11201

**For Defendant**
**Xi Quan Huang**:               **Jeffrey H. Lichtman, Esq.**
                               **Jeffrey Benson Einhorn, Esq.**
                               **Law Offices of**
                               **Jeffrey Lichtman**
                               **11 East 44 Street, Ste 501**
                               **New York, NY 10017**

**For Defendant**
**Yun Lei Huang**:               **Marc Fernich, Esq.**
                               Law Office of Marc Fernich
                               810 Seventh Avenue, Ste 620
                               New York, NY 11201

**For Defendant**
**Yun Wu Huang**:                **Jonathan Savella, Esq.**
                               810 Seventh Avenue, Ste 620
                               New York, NY 11201

**Transcription Service**:       **Transcriptions Plus II, Inc.**
                               61 Beatrice Avenue
                               West Islip, NY 11795
                               laferrara44@gmail.com

Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

2

                      Proceedings

1            THE CLERK:  Criminal Cause for a Plea Hearing,

2    case number 18-cr-408, United States of America v. Huang,

3    et al, defendant number 1, Xi Quan Huang, defendant

4    number 2, Yun Lei Huang, and defendant number 3, Yun Wu

5    Huang.

6            Counsel, please state your name for the record,

7    beginning with the government.

8            MR. CAMPOS:  William Campos, for the United

9    States. Good morning, your Honor.  Also present is

10   Special Assistant United States Robert Kaftal.

11           THE COURT:  Thank you.

12           MR. LICHTMAN:  Jeffrey Lichtman and Jeffrey

13   Einhorn for the defendant Xi Quan Huang.

14           Good morning, Judge.

15           MR. EINHORN:  Good morning, Judge.

16           THE COURT:  Please slow down.  I'm sorry.  Mr.

17   Lichtman, Mr. Einhorn for Xi Quan Huang?

18           MR. LICHTMAN:  Xi Quan, yes, your Honor.

19           THE COURT:  Thank you.

20           MR. FERNICH:  Judge, Marc Fernich, M-A-R-C F-E-

21   R-N-I-C-H, for defendant Yun Lei Huang.

22           THE COURT:  You have Yun Lei Huang.  Thank you.

23           MR. SAVELLA:  Good morning, Judge.

24           Jonathan Savella for defendant Yun Wu Huang.

25           THE COURT:  Sabella?

3

                    Proceedings
1           MR. SAVELLA:  Savella.

2           THE COURT:  Vella, sorry.

3           MR. SAVELLA:  S-A-V, as in Victor, E-L-L-A.

4           THE COURT:  Sorry about that.  Please have a

5    seat.

6           THE COURT:  I know we have a court interpreter

7    today.

8           THE INTERPRETER:  Yes.

9    (INTERPRETER SWORN)

10          THE COURT:  And you're translating into?

11          THE INTERPRETER:  Mandarin.

12          THE COURT:  Thank you.

13          Please state your name for the record.

14          THE INTERPRETER:  John Lau, L-A-U.

15          THE COURT:  Mr. Lau, thank you very much.

16          THE INTERPRETER:  Thank you.

17          Xi Quan Huang, do you understand everything

18   everyone is saying afer it's translated into Mandarin for

19   you?

20          DEFENDANT XI QUAN HUANG:  Yes.

21          THE COURT:  Yun Lei Huang, do you understand

22   everything as it's being translated into Mandarin?

23          DEFENDANT YUN LEI HUANG:  Yes.

24          THE COURT:  Yun Wu Huang, do you understand

25   everything as it's translated into Mandarin?

4

                              Proceedings

1            DEFENDANT YUN WU HUANG:  Yes.

2            THE COURT:  This matter is before the Court for

3    the simultaneous entry of pleas of guilty to a

4    superseding information by the three defendants before

5    the Court.  I infer from the government having scheduled

6    the matter, that the government has no objection to

7    proceeding with all three defendants simultaneously.

8            MR. CAMPOS:  That is correct, your Honor.

9            THE COURT:  And I am now going to ask counsel

10   whether any of you object to it, in which case I will be

11   happy to reschedule.

12           Mr. Lichtman?

13           MR. LICHTMAN:  No, Judge.

14           THE COURT:  Mr. Fernich?

15           MR. FERNICH:  No, sir.

16           THE COURT:  Mr. Savella?

17           MR. SAVELLA:  No objection, your Honor.

18           THE COURT:  Thank you.  Mr. Campos, I will be

19   counting on some extra attention from the government as I

20   move through this, given the complexity of dealing with

21   three foreign-language speaking defendants, all at the

22   same time.

23           MR. CAMPOS:  Understood, your Honor.

24           THE COURT:  Thank you.

25           Mr. Lichtman, I infer you're retained in the

5

Proceedings

1  matter?

2          MR. LICHTMAN:  Yes, your Honor.

3          THE COURT:  And Mr. Fernich, you are as well?

4          MR. FERNICH:  Yes, Judge.

5          THE COURT:  And Mr. Savella, you are, too?

6          MR. SAVELLA:  Yes, your Honor.

7          THE COURT:  Thank you.  I would like to be able

8  without meaning any disrespect to refer to the defendants

9  as Xi Quan, Yun Lei, and Yun Wu, since they all share the

10  name Huang, and therefore it will be difficult to

11  distinguish among them by that appellation.

12          Xi Quan Huang, Yun Lei Huang, and Yun Wu Huang,

13  I will be referring to the portion of your name that

14  doesn't include Huang, so I can distinguish between you.

15          You are here in my courtroom today because your

16  lawyers have indicated by scheduling this matter and

17  allowing certain documents to be filed, that you all wish

18  to give up your right to a trial, and instead plead

19  guilty to charges set forth in a document called a

20  superseding information.

21          Before I may hear any guilty plea any of you

22  choose to offer, I want to make sure that you understand

23  that I am not the judge who is presiding over your case.

24  The judge presiding over your case is United States

25  District Judge Cogan.  You may have appeared before Judge

6

Proceedings

1  Cogan at an earlier stage of your prosecution.

2          Judge Cogan is the judge who will decide

3  whether any plea of guilty you make should be accepted,

4  and if it is, how your sentence should be set.

5          I'm a magistrate judge.  I am not a district

6  judge like Judge Cogan.  I do not have the authority

7  under the law to formally accept your plea or to decide

8  your sentence.  Only Judge Cogan can do that.

9          If you wish, you have the absolute right to

10  present any guilty plea you wish to make to Judge Cogan,

11  and if you make the choice, there will be no prejudice to

12  you.  You would be permitted to plead guilty on the same

13  terms and conditions the prosecutor has offered today on

14  another date that's convenient to Judge Cogan.

15          In the alternative though, if you consent and

16  agree, I do have the authority to be the judge who

17  listens to you plead guilty.  And if you agree to present

18  your guilty plea to me instead of Judge Cogan, I will

19  make certain that everything we say is recorded, and that

20  the recording is transcribed or presented in written form

21  to Judge Cogan, so that he can review everything I've

22  said and you've said, before he decides whether to accept

23  your pleas of guilty, or how to determine your sentence.

24          Xi Quan, do you understand me so far?

25          DEFENDANT XI QUAN HUANG:  I understand.

7

Proceedings

1           THE COURT:  Yun Lei?

2           DEFENDANT YUN LEI HUANG:  Yes, I understand.

3           THE COURT:  Yun Wu?

4           DEFENDANT YUN WU HUANG:  Yes, I am clear.

5           THE COURT:  You don't have to get up unless you

6   want to.

7           THE COURT:  Do you wish to give up your right

8   to have Judge Cogan listen to your guilty plea and do you

9   agree to present it to me instead?

10          Xi Quan?

11          DEFENDANT XI QUAN HUANG:  I agree.

12          THE COURT:  Yun Lei?

13          DEFENDANT YUN LEI HUANG:  I agree.

14          THE COURT:  Yun Wu?

15          DEFENDANT YUN WU HUANG:  I agree.

16          THE COURT:  Are you making this decision of

17  your own free will,  voluntarily, and without having been

18  threatened or promised anything in return?

19          Xi Quan?

20          DEFENDANT XI QUAN HUANG:  Yes.

21          THE COURT:  Yun Lei?

22          DEFENDANT YUN LEI HUANG:  Yes.

23          THE COURT:  Yun Wu?

24          DEFENDANT YUN WU HUANG:  Yes.

25          THE COURT:  Did your lawyer and the interpreter

8

Proceedings

1  review this consent form with you, and did you then agree

2  to sign it?

3          Xi Quan?

4          DEFENDANT XI QUAN HUANG:  Yes.

5          THE COURT:  Yun Lei?

6          DEFENDANT YUN LEI HUANG:  Yes.

7          THE COURT:  Yun Wu?

8          DEFENDANT YUN WU HUANG:  Yes.

9          THE COURT: Counsel, do you know of any reason

10 why your client should not consent to proceed before me

11 for these purposes?

12         Mr. Lichtman?

13         MR. LICHTMAN:  No.

14         THE COURT:  Mr. Fernich?

15         MR. FERNICH:  No, Judge.

16         THE COURT:  And Mr. Savella?

17         MR. SAVELLA:  No, your Honor.

18         THE COURT:  I find that the consent of each

19 defendant to proceed before a magistrate judge for these

20 purposes is knowing and voluntary, and I am going to take

21 a minute and add my endorsement to each consent form to

22 reflect the fact that I have made that finding.

23         Now before I may recommend that Judge Cogan

24 accept any plea of guilty that any of you choose to

25 offer, I am going to have to ask each you a very long

9

Proceedings

1    list of questions.  The questions are important.

2            They're designed to make sure that you

3    understand the consequences of the decision you are being

4    asked to make.  The questions are also designed to create

5    a record that will protect the prosecution and the Court

6    because that record will demonstrate that I explained

7    your rights to you, you told me you understood them, and

8    then you agreed to surrender or waive them.

9            Once that happens, any plea of guilty you make

10   will be legally valid, and permanently binding.

11   Accordingly, I urge you to listen carefully to the

12   questions, and to tell me if I have asked you something

13   that you don't completely understand.  I will try to

14   rephrase it and make it clearer if that should occur.

15           I also urge you to interrupt me if you want to

16   ask me a question or you want to speak privately with

17   your attorney.  I will certainly give you the opportunity

18   to do either if you ask.

19           Xi Quan, do you understand?

20           DEFENDANT XI QUAN HUANG:  Yes.

21           THE COURT:  Yun Lei, do you understand?

22           DEFENDANT YUN LEI HUANG:  Yes.

23           THE COURT:  Yun Wu?

24           DEFENDANT YUN WU HUANG:  Yes.

25           THE COURT:  It's so important that when you

10

                          Proceedings

1   answer my questions that you're truthful, that I will ask

2   my clerk to place you under oath before we proceed any

3   further.  Please rise, and raise your right hand.

4   X I   Q U A N   H U A N G ,

5        having been first duly sworn, was examined and

6        testified as follows:

7   Y U N   L E I   H U A N G ,

8        having been first duly sworn, was examined and

9        testified as follows:

10  Y U N   W U   H U A N G ,

11       having been first duly sworn, was examined and

12       testified as follows:

13            THE COURT:  You may be seated.

14            Now that you have taken an oath, when you

15  answer my questions, you are doing subject to the

16  penalties of perjury or making a false statement.  Simply

17  put, that means that if you lie to me today, new criminal

18  charges could be brought against you for that.

19            Do you understand Xi Quan?

20            DEFENDANT XI QUAN HUANG:  I do.

21            THE COURT:  Yun Lei?

22            DEFENDANT YUN LEI HUANG:  Yes.

23            THE COURT:  Yes?

24            DEFENDANT YUN LEI HUANG:  Yes.

25            THE COURT:  And Yun Wu?

Proceedings

1          DEFENDANT YUN WU HUANG:  Yes.

2          THE COURT:  Xi Quan, tell me your full name.

3          DEFENDANT XI QUAN HUANG:  Xi Quan Huang.

4          THE COURT:  Yun Lei, your full name?

5          DEFENDANT YUN LEI HUANG:  Yun Lei Quan.

6          THE COURT:  Yun Wu, your full name?

7          DEFENDANT YUN WU HUANG:  Yun Wu Huang.

8          THE COURT:  Xi Quan, how old are you?

9          DEFENDANT XI QUAN HUANG:  60-years-old.

10          THE COURT:  Yun Lei?

11          DEFENDANT YUN LEI HUANG:  33.

12          THE COURT:  Yun Wu?

13          DEFENDANT YUN WU HUANG:  36.

14          THE COURT:  Xi Quan, how much education have

15   you had?  How far did you go in school?

16          DEFENDANT XI QUAN HUANG:  Junior high.

17          THE COURT:  Yun Lei?

18          DEFENDANT YUN LEI HUANG:  Same as my father.

19          THE COURT:  Well, how old were you when you

20   stopped going to school, Yun Lei?

21          DEFENDANT YUN LEI HUANG:  I graduated from

22   junior high.

23          THE COURT:  How old were you when you stopped

24   school?  As best you recall it, Yun Lei, how old were

25   you?

12

Proceedings

1    DEFENDANT YUN LEI HUANG:  It was a long time

2  ago.  I don't remember.

3    THE COURT:  Okay.  Yun Wu, how far did you go

4  in school?

5    DEFENDANT YUN WU HUANG:  High school.

6    THE COURT:  How old were you when you stopped

7  attending school?

8    DEFENDANT YUN WU HUANG:  19.

9    THE COURT:  Are you having any difficulty

10  understanding the Mandarin interpretation of my words?

11    Xi Quan?

12    DEFENDANT XI QUAN HUANG: No.

13    THE COURT:  Yun Lei?

14    DEFENDANT YUN LEI HUANG:  (Inaudible).

15    THE COURT:  Yun Wu?

16    DEFENDANT YUN WU HUANG:  No.

17    THE COURT:  Are you now or have you in the last

18  few months been seeing a medical doctor, or a

19  psychologist or another healthcare professional for any

20  mental, emotional or physical problems?

21    Xi Quan?

22    DEFENDANT XI QUAN HUANG:  No.

23    THE COURT:  Yun Lei?

24    DEFENDANT YUN LEI HUANG:  I saw my family

25  doctor.  Does that count?

13

Proceedings

1          THE COURT:  Yes.  What kind of illness did you

2    see a doctor for?

3          DEFENDANT YUN LEI HUANG:  Cold.

4          THE COURT:  Anything else?

5          DEFENDANT YUN LEI HUANG:  And my dentist.

6          THE COURT:  Anything else?

7          DEFENDANT YUN LEI HUANG:  No.

8          THE COURT:  Yun Wu?

9          DEFENDANT YUN WU HUANG:  I had a physical exam.

10         THE COURT:  Did they find anything wrong?

11         DEFENDANT YUN WU HUANG:  I am lacking of

12   vitamin C and I have cholesterol.

13         THE COURT:  Anything else?

14         DEFENDANT YUN WU HUANG:  No.

15         THE COURT:  In the last 24 hours, have you

16   taken any narcotics, medicine, pills, or alcohol?

17         Xi Quan?

18         DEFENDANT XI QUAN HUANG:  I drank alcohol.

19         THE COURT:  When?

20         DEFENDANT XI QUAN HUANG:  Last night.

21         THE COURT:  Let the record reflect that it is

22   now noon.  Xi Quan, are you sober and clear-headed now?

23         DEFENDANT XI QUAN HUANG:  Yes, I am.

24         THE COURT:  Yun Lei, in the last 24 hours,

25   alcohol, drugs, medicine, pills?

14

Proceedings

1      DEFENDANT YUN LEI HUANG:  I took cold medicine.

2      THE COURT:  When did you take it last?

3      DEFENDANT YUN LEI HUANG:  Last night.

4      THE COURT:  Are you feeling awake and focused

5  and healthy today?

6      DEFENDANT YUN LEI HUANG:  Yes.

7      THE COURT:  Yun Wu, medicine, pills, alcohol,

8  drugs, within the last 24 hours?

9      DEFENDANT YUN WU HUANG:  No.

10      THE COURT:  Have you ever been hospitalized or

11  treated for psychiatric problems, or substance abuse?

12  (Defendants speaking in Mandarin).

13      THE COURT:  No, no, no, no, listen.  I ask a

14  question of a particular person.  I expect an answer from

15  the person I have asked.  That's the way this works.

16  Otherwise, we can reschedule and do each one separately.

17      Xi Quan, have you ever been hospitalized or

18  treated for drug or alcohol abuse or psychiatric

19  problems?

20      DEFENDANT XI QUAN HUANG:  No.

21      THE COURT:  Yun Lei, have you?

22      DEFENDANT YUN LEI HUANG:  No.

23      THE COURT:  Yun Wu, have you?

24      DEFENDANT YUN WU HUANG:  No.

25      THE COURT:  Is your mind clear today, and do

15

Proceedings

1    you understand everything I have said so far?

2           Xi Quan?

3           DEFENDANT XI QUAN HUANG:  I understood.

4           THE COURT:  Yun Lei?

5           DEFENDANT YUN LEI HUANG:  (Inaudible).

6           THE COURT:  Yun Wu?

7           DEFENDANT YUN WU HUANG:  Yes.

8           THE COURT:  The charge against you contemplated

9    by your plea agreement is set forth in a document called

10   a superseding information.  Your lawyers have been given

11   copies of that document.

12          Have they reviewed it with you in Mandarin, and

13   do you understand the charge against you?

14          Xi Quan?

15          DEFENDANT XI QUAN HUANG:  I do understood.

16          THE COURT:  Yun Lei?

17          DEFENDANT YUN LEI HUANG:  Yeah.

18          THE COURT:  Yun Wu?

19          DEFENDANT YUN WU HUANG:  Yes.

20          THE COURT:  Simplifying quite a bit, you are

21   basically charged with having more than $10,000 in cash

22   at one time but depositing amounts of money less than

23   that, knowing that if you put in the bank, $10,000 or

24   more, there would be reports to the government about how

25   much cash you had at one time.

16

Proceedings

1           Do you understand, Xi Quan?

2           DEFENDANT XI QUAN HUANG:  I understand.

3           THE COURT:  Yun Lei?  Yes?

4           DEFENDANT YUN LEI HUANG:  Yes.

5           THE COURT:  You have to answer out loud because

6    I told you we're making a recording for Judge Cogan.

7           Yun Wu?

8           DEFENDANT YUN WU HUANG:  Yes.

9           THE COURT:  This is a felony charge.  When I

10   call it a felony, what I mean is that if you're convicted

11   on your plea of guilty or after trial, you could be sent

12   to prison for more than a year.

13           Because it is a felony charge, the United

14   States Constitution provides that it may only be filed by

15   means of an indictment returned by a grand jury.

16           The documents setting out the charge before the

17   Court is not in the form of an indictment, and it was not

18   returned by a grand jury.  It is simply a piece of paper

19   or several pieces of paper prepared by a prosecutor with

20   no grand jury proceeding at all.  Unless you waive or

21   give up your right under the United States Constitution,

22   to make the government proceed by way of indictment from

23   a grand jury.  You may not be charged with felony like

24   this one, unless and until a grand jury decides to return

25   an indictment.

17

Proceedings

1          If you do not waive your right to indictment,

2    the prosecutor may go to the grand jury and present

3    evidence against you, and ask the grand jury to indict

4    you.

5          The grand jury would have at least 16 members

6    and no more than 23 members.  At least 12 of the 16 to 23

7    grand jurors would be required to find that there was

8    probable cause to believe you committed this crime before

9    you could be indicted for it.

10          The grand jury might indict you but it might

11    not.  If you waive your right, give up your right to

12    grand jury indictment, the case will proceed against you

13    based upon this felony information just as though you had

14    been indicted, even though there will have been no grand

15    jury proceeding at all.

16          Do you understand what I have said, Xi Quan?

17          DEFENDANT XI QUAN HUANG:  I understood.

18          THE COURT:  Yun Lei?

19          DEFENDANT YUN LEI HUANG:  Yes.

20          THE COURT:  Yeah?  Yun Wu?

21          DEFENDANT YUN WU HUANG:  Yes.

22          THE INTERPRETER:  Judge, I believe problem with

23    the mic now, I don't know why.

24          THE COURT:  Mine?  Is this better?

25          THE INTERPRETER:  Yes, Judge, better.  Yes.

18

Proceedings

1          THE COURT:  Do you wish to give up your right

2    to grand jury indictment?

3          Xi Quan?

4          DEFENDANT XI QUAN HUANG:  Judge, I waive.

5          THE COURT:  Yun Lei?

6          DEFENDANT YUN LEI HUANG:  Yeah.

7          THE COURT:  Yun Wu?

8          DEFENDANT YUN WU HUANG:  Yes.

9          THE COURT:  Have you discussed this with your

10   lawyer, and do you understand the rights you're being

11   asked to waive?

12         Xi Quan?

13         DEFENDANT XI QUAN HUANG:  I understood.

14         THE COURT:  Yun Lei?

15         DEFENDANT YUN LEI HUANG:  Yeah.

16         THE COURT:  Yun Wu?

17         DEFENDANT YUN WU HUANG:  Yes.

18         THE COURT:  Has anyone pressured you, or

19   threatened you, or promised you something to get you to

20   agree to waive this right?

21         Xi Quan?

22         DEFENDANT XI QUAN HUANG:  No.

23         THE COURT:  Yun Lei?

24         DEFENDANT YUN LEI HUANG:  No.

25         THE COURT:  Yun Wu?

19

Proceedings

1          DEFENDANT YUN WU HUANG:  No.

2          THE COURT:  Counsel, do you know of any reason

3   why your client should not waive his right to grand jury

4   indictment?

5          Mr. Lichtman?

6          MR. LICHTMAN:  No, your Honor.

7          THE COURT:  Mr. Fernich?

8          MR. FERNICH:  No, your Honor.

9          THE COURT:  And Mr. Savella?

10          MR. SAVELLA:  No, your Honor.

11          THE COURT:  I find the waivers of indictment

12   knowing and voluntary.  I am adding my signature to the

13   waiver of indictment form to reflect the finding I have

14   made.

15          Mr. Lichtman, Mr. Einhorn, have you discussed

16   the matter of  pleading guilty very carefully with your

17   client?

18          MR. LICHTMAN:  Yes, Judge.

19          MR. EINHORN:  We have, your Honor.

20          THE COURT:  Mr. Fernich?

21          MR. FERNICH:  Yes, we have, Judge.

22          THE COURT:  Mr. Savella?

23          MR. SAVELLA:  Yes, Judge.

24          THE COURT:  Does you believe your client

25   understand the rights he will be waiving if he decides to

20

Proceedings

1   enter a guilty plea, Mr. Lichtman?

2            MR. LICHTMAN:  Yes, Judge.

3            THE COURT:  Fernich?

4            MR. FERNICH:  Yes.

5            THE COURT:  Mr. Savella?

6            MR. SAVELLA:  I do, your Honor.

7            THE COURT:  Is your client in your judgment,

8   capable of understanding the nature of this proceeding?

9            Mr. Lichtman?

10           MR. LICHTMAN:  Yes, your Honor.

11           THE COURT:  Mr. Fernich?

12           MR. FERNICH:  Yes, Judge.

13           THE COURT:  Mr. Savella?

14           MR. SAVELLA:  Yes.

15           THE COURT:  Do you have any doubt about the

16  competence of your client to enter a plea of guilty at

17  this time?

18           Mr. Lichtman?

19           MR. LICHTMAN:  No, sir.

20           THE COURT:  Mr. Fernich?

21           MR. FERNICH:  No doubt, Judge.

22           THE COURT:  And Mr. Savella?

23           MR. SAVELLA:  No, your Honor.

24           THE COURT:  Has your client's lack of formal

25  schooling impeded your ability to discuss the predicament

21

Proceedings

1    he's in, the charges he's facing or the rights he's being

2    asked to waive?

3              Mr. Lichtman?

4              MR. LICHTMAN:  No, your Honor.

5              THE COURT:  Mr. Fernich?

6              MR. FERNICH:  No, Judge.

7              THE COURT:  Mr. Savella?

8              MR. SAVELLA:  It has not, your Honor.

9              THE COURT:  Have you alerted your client to the

10   maximum sentence and fine that can be imposed, the likely

11   operation of the sentencing guidelines, as best you can

12   anticipate it, and the collateral consequences of the

13   conviction, including removal and forfeiture?

14             Mr. Lichtman?

15             MR. LICHTMAN:  Yes, your Honor.

16             THE COURT:  Mr. Fernich?

17             MR. FERNICH:  Yes, Judge.

18             THE COURT:  And Mr. Savella?

19             MR. SAVELLA:  I have, your Honor.

20             THE COURT:  Thank you so much, counselors.

21             MR. FERNICH:  You're welcome.

22             THE COURT: Mr. Xi Quan Huang, have you had

23   enough time to go over your case very carefully with your

24   lawyer, and have you in fact, done that?

25             DEFENDANT XI QUAN HUANG:  Yes.

22

Proceedings

1          THE COURT:  Yun Lei, have you?

2          DEFENDANT YUN LEI HUANG:  Yes.

3          THE COURT:  Yun Wu, have you?

4          DEFENDANT YUN WU HUANG:  Yes.

5          THE COURT:  If you could no longer afford

6    understand that if you could no longer afford the

7    services of your attorney, and you demonstrated that to

8    my satisfaction, I would appoint a lawyer to defend you

9    at no cost to you.  You should not plead guilty because

10   you believe you cannot afford the legal fees for going to

11   trial.

12          Do you understand me, Xi Quan?

13          DEFENDANT XI QUAN HUANG:  I understand.

14          THE COURT:  Yun Lei?

15          DEFENDANT YUN LEI HUANG:  Yes.

16          THE COURT:  Yun Wu?

17          DEFENDANT YUN WU HUANG:  Yes.

18          THE COURT:  Are you satisfied to proceed and be

19   defended by the lawyer who is here in court representing

20   you?

21          Xi Quan?

22          DEFENDANT XI QUAN HUANG:  Yes.

23          THE COURT:  Yun Lei?

24          DEFENDANT YUN LEI HUANG:  Yes.

25          THE COURT:  Yun Wu?

23

Proceedings

1      DEFENDANT YUN WU HUANG:  Yes.

2      THE COURT:  We have already been over the

3  charge against you.  I now want to tell you that you have

4  the right under our constitution to plead not guilty to

5  that charge, and to persist in any not guilty pleas you

6  may have previously made in this case.

7           That is your right whether you are guilty or

8  not.  It is never lying or misleading the Court to plead

9  not guilty, even if you have, in fact, committed the

10  crimes of which you have been accused.  Every defendant,

11  guilty or not guilty, has the right to enter a not guilty

12  plea, and thereby exercise his constitutional right to a

13  trial.

14           Do you understand me, Xi Quan?

15      DEFENDANT XI QUAN HUANG:  Yes.

16      THE COURT:  Yun Lei?

17      DEFENDANT YUN LEI HUANG:  Yes.

18      THE COURT:  Yun Wu?

19      DEFENDANT YUN WU HUANG:  Yes.

20      THE COURT:  If you persist in a not guilty plea

21  you made previously, or plead not guilty today, then

22  under the Constitution and laws of the United States, you

23  are entitled to a speedy and public trial by a jury with

24  your lawyer's assistance on all of the charges pending

25  against you, not only at the trial, but at all stages of

24

Proceedings

1   the prosecution.

2          Do you understand me, Xi Quan?

3          DEFENDANT XI QUAN HUANG:  Yes.

4          THE COURT:  Yun Lei?

5          DEFENDANT YUN LEI HUANG:  Yes.

6          THE COURT:  Yun Wu?

7          DEFENDANT YUN WU HUANG:  Yes.

8          THE COURT:  At your trial, you would be

9   presumed to be innocent.  The prosecution would be

10  required to overcome the presumption of innocence, and to

11  prove that you were guilty by competent evidence, and

12  beyond a reasonable doubt.  You would have no obligation

13  or responsibility to prove that you were innocent.

14         If the prosecution failed to prove your guilt

15  beyond a reasonable doubt, the members of the jury would

16  have the duty to return acquit you and find you not

17  guilty, and Judge Cogan would instruct them that way.

18         Do you understand, Xi Quan?

19         DEFENDANT XI QUAN HUANG:  I understand.

20         THE COURT:  Yun Lei?

21         DEFENDANT YUN LEI HUANG:  Yes.

22         THE COURT:  Yun Wu?

23         DEFENDANT YUN WU HUANG:  Yes.

24         THE COURT:  That's why juries sometimes find a

25  defendant not guilty, and acquit him, even when the

25

Proceedings

1  members of the jury believe the defendant probably did

2  commit the crimes of which he is accused.  When a jury

3  returns a verdict of not guilty, the jurors are not

4  necessarily saying they believe the defendant is

5  innocent, they are only saying that they are not

6  convinced beyond a reasonable doubt that he is guilty.

7            Do you understand that difference, Xi Quan?

8            DEFENDANT XI QUAN HUANG:  I understand.

9            THE COURT:  Yun Lei?

10           DEFENDANT YUN LEI HUANG:  Yes.

11           THE COURT:  Yun Wu?

12           DEFENDANT YUN WU HUANG:  Yes.

13           THE COURT:  If you decided to proceed to a

14  trial, then during your trial the prosecution witnesses

15  would be required to come into the courtroom, and they

16  would have to present their testimony against you right

17  in front of you and your lawyer.

18           Your lawyer would have the right to question

19  prosecution's witnesses on cross-examination.  Your

20  lawyer would have the right to raise objections to any

21  evidence the prosecutor attempted to offer against you.

22  And you and your lawyer working together, would have the

23  right to call witnesses, present other types of evidence,

24  like documents or recordings, and make arguments in your

25  defense to the jury during the course of your trial.

Proceedings

1           Did you understand that, Xi Quan?

2           DEFENDANT XI QUAN HUANG:  Yes.

3           THE COURT:  Yun Lei?

4           DEFENDANT YUN LEI HUANG:  Yes.

5           THE COURT:  And Yun Wu?

6           DEFENDANT YUN WU HUANG:  Yes.

7           THE COURT:  At your trial -- oh, excuse me.

8    You could even issue subpoenas, which are like court

9    orders, that would require people you wanted to have

10   testify at your trial come to the courthouse, and

11   testify, and you would have an opportunity to present

12   that testimony in your defense if you chose to.

13           Do you understand, Xi Quan?

14           DEFENDANT XI QUAN HUANG:  Yes.

15           THE COURT:  Yun Lei?

16           DEFENDANT YUN LEI HUANG:  Yes.

17           THE COURT:  Yun Wu?

18           DEFENDANT YUN WU HUANG:  Yes.

19           THE COURT:  At your trial, you yourself would

20   have the right to testify as a witness in your own

21   defense if you made the choice to do so.  On the other

22   hand though, no one could require you to testify at your

23   trial against your will.

24           That is because the Constitution of the United

25   States says that no one may be required to say anything

27

                    Proceedings

1   that is self-incriminating.  If you made the decision not

2   to testify at your trial in your own defense, Judge Cogan

3   would instruct the jurors that they could not take that

4   decision into account, or hold it against you in any way

5   when they decided what their verdict should be.

6           Do you understand me, Xi Quan?

7           DEFENDANT XI QUAN HUANG:  I understand.

8           THE COURT:  Yun Wu?

9           DEFENDANT YUN LEI HUANG:  Yeah, I do.

10          DEFENDANT YUN WU HUANG:  Yes.

11          THE COURT:  Yun Lei?

12          DEFENDANT YUN LEI HUANG:  Yes.

13          THE COURT:  Yes, Yun Wu?

14          DEFENDANT YUN WU HUANG:  Yes.

15          THE COURT:  Thank you.  On the other hand, if

16  you offer a plea of guilty, and Judge Cogan rules that

17  your plea is accepted, you will as a result be

18  surrendering your Constitutional right to trial, and all

19  of the other rights I've been describing to you today.

20          There will be no trial of any kind in your

21  case.  You will have no right to appeal from your

22  conviction.  Judge Cogan will essentially find you

23  guilty, and convict you, based upon your statements made

24  in my courtroom today.  And that will free the

25  prosecution of its responsibility to prove your guilt.

Proceedings

1          Do you understand, Xi Quan?

2          DEFENDANT XI QUAN HUANG:  I do.

3          THE COURT:  Yun Lei?

4          DEFENDANT YUN LEI HUANG:  Yes.

5          THE COURT:  Yun Wu?

6          DEFENDANT YUN WU HUANG:  Yes.

7          THE COURT:  If you went to trial, and you were

8   convicted by a jury verdict, you could take an appeal to

9   a higher court, and ask that higher court to review the

10  legality of all of the proceedings that led up to your

11  conviction.

12          But when you plead guilty, you will be

13  convicted based upon what you yourself decided to say.

14  Under that circumstance, there's no right to challenge

15  your conviction on appeal.

16          Do you understand, Xi Quan?

17          DEFENDANT XI QUAN HUANG:  Yes.

18          THE COURT:  Yun Lei?

19          DEFENDANT YUN LEI HUANG:  Yes.

20          THE COURT:  Yun Wu?

21          DEFENDANT YUN WU HUANG:  Yes.

22          THE COURT:  If you plead guilty, I will have to

23  ask you questions about what you did, so that Judge Cogan

24  and I can be satisfied that your plea of guilty is based

25  on events that actually took place.

29

Proceedings

1          You don't have to answer those questions unless

2     you wish to go forward with your guilty plea.  If you do

3     answer them, and in doing so you admit that you committed

4     a crime, you will be surrendering your constitutional

5     right not to say anything that is self-incriminating.

6          Do you understand me, Xi Quan?

7          DEFENDANT XI QUAN HUANG:  Yes.

8          THE COURT:  Yun Lei?

9          DEFENDANT YUN LEI HUANG:  Yes.

10         THE COURT:  Yun Wu?

11         DEFENDANT YUN WU HUANG:  Yes.

12         THE COURT:  Do you still wish to give up your

13    right to trial and all of the other rights I've been

14    telling you about today?

15         Xi Quan?

16         DEFENDANT XI QUAN HUANG:  Yes.

17         THE COURT:  Yun Lei?

18         DEFENDANT YUN LEI HUANG:  Yes.

19         THE COURT:  Yun Wu?

20         DEFENDANT YUN WU HUANG:  Yes.

21         THE COURT:  I have before me plea agreements

22    that I understand are leading you to make this decision.

23    I am going to mark Xi Quan Huang's plea agreement as

24    Government Exhibit  1.  Yun Lei Huang's plea agreement

25    Government Exhibit 2, and Yun Wu Huang's plea agreement

30

Proceedings

1    Government Exhibit 3.

2              And I am going to ask my clerk to hand these

3    agreements to the respective defendants.

4    (Pause)

5              THE COURT:  Can each of you show the document

6    to your client, please?  Directing your attention to this

7    plea agreement, does your signature appear on the last

8    page?

9              Xi Quan?

10             DEFENDANT XI QUAN HUANG:  Yes.

11             THE COURT:  Yun Lei?

12             DEFENDANT YUN LEI HUANG:  Yes.

13             THE COURT:  Yun Wu?

14             DEFENDANT YUN WU HUANG:  Yes.

15             THE COURT:  Before you signed it, was it read

16   to you in Mandarin, and explained to you by your lawyer,

17   so that you understood it?

18             Xi Quan?

19             DEFENDANT XI QUAN HUANG:  Yes.

20             THE COURT:  Yun Lei?

21             DEFENDANT YUN LEI HUANG:  Yes.

22             THE COURT:  Yun Wu?

23             DEFENDANT YUN WU HUANG:  Yes.

24             THE COURT:  Does your plea agreement contain in

25   writing, a complete and accurate statement of everything

31

Proceedings

1  that you and the prosecutor have agreed to about your

2  case?

3          Xi Quan?

4          DEFENDANT XI QUAN HUANG:  Yes.

5          THE COURT:  Yun Lei?

6          DEFENDANT YUN LEI HUANG:  Yes.

7          THE COURT:  Yun Wu?

8          DEFENDANT YUN WU HUANG:  Yes.

9          THE COURT:  Has anybody promised you anything

10  in return for pleading guilty that is not written down in

11  your plea agreement?

12          Xi Quan?

13          DEFENDANT XI QUAN HUANG:  No.

14          THE COURT:  Yun Lei?

15          DEFENDANT YUN LEI HUANG:  No.

16          THE COURT:  Yun Wu?

17          DEFENDANT YUN WU HUANG:  No.

18          THE COURT:  May we have the agreements back,

19  please?  Thank you, counsel.

20          UNIDENTIFIED SPEAKER:  You're welcome.

21          THE COURT:  We have been over the charge

22  against you that I will refer in shorthand as the

23  structuring charge.  Do you have it clear in your mind?

24          Xi Quan?

25          DEFENDANT XI QUAN HUANG:  Yes.

32

Proceedings

1    THE COURT:  Yun Lei?

2    DEFENDANT YUN LEI HUANG:  Yes.

3    THE COURT:  And Yun Wu?

4    DEFENDANT YUN WU HUANG:  Yes.

5    THE COURT:  I need to review with you now the

6    penalties you face if you decide to plead guilty.  The

7    law that you are accused of breaking authorizes a prison

8    term that could be up to ten years long.

9    Do you understand me, Xi Quan?

10   DEFENDANT XI QUAN HUANG:  Yes.

11   THE COURT:  Yun Lei?

12   DEFENDANT YUN LEI HUANG:  Yes.

13   THE COURT:  Yun Wu?

14   DEFENDANT YUN WU HUANG:  Yes.

15   THE COURT:  In addition, it authorizes a term

16   of supervised release that could be up to three years

17   long.

18   Do you understand me, Xi Quan?

19   DEFENDANT XI QUAN HUANG:  Yes.

20   THE COURT:  Yun Lei?

21   DEFENDANT XI QUAN HUANG:  Yes.

22   THE COURT:  Yun Wu?

23   DEFENDANT YUN WU HUANG:  Yes.

24   THE COURT:  Supervised release is a period of

25   time that begins to run only after you've finished

33

Proceedings

1   serving whatever prison sentence is imposed.

2          When you finish serving your prison sentence,

3   you'll be released from physical custody, but you won't

4   be completely free because you will subject to supervised

5   release.  A defendant who remains in the United States

6   will have many rules to follow on supervised release,

7   including travel restrictions, and reporting

8   requirements.  But whether you remain in the United

9   States or not, it will also be a condition of supervised

10  release that you commit no new crimes at all.

11          And if you break any rule of supervised

12  release, whether you've committed a new crime or not when

13  you do it, you may be arrested, and returned to this

14  court, and sent back to prison for up to two years for

15  the structuring crime with no credit for the time you

16  spent serving your original sentence, or by your -- or

17  with your freedoms restricted by your supervised release

18  conditions.

19          Do you understand me, Xi Quan?

20          DEFENDANT XI QUAN HUANG:  Yes.

21          THE COURT:  Yun Lei?

22          DEFENDANT YUN LEI HUANG:  Yes.

23          THE COURT:  Yun Wu?

24          DEFENDANT YUN WU HUANG:  Yes.

25          THE COURT:  You could be fined as much as

34

Proceedings

1  $1,066,666, which I take it is tied to the government's

2  assertion of the structured amount.

3          MR. CAMPOS:  Correct, your Honor.  Oh, correct,

4  your Honor.

5          THE COURT:  Do you understand me, Xi Quan?

6          DEFENDANT XI QUAN HUANG:  Yes.

7          THE COURT:  Yun Lei?

8          DEFENDANT YUN LEI HUANG:  Yes.

9          THE COURT:  Yun Wu?

10         DEFENDANT YUN WU HUANG:  Yes.

11         THE COURT:  You could be required to make

12  restitution of any victim losses, although Mr. Campos, I

13  guess the victim in this case would be the Internal

14  Revenue Service?  Is that what's contemplated?

15         MR. CAMPOS:  It's the Internal Revenue Service,

16  to the extent that the financial institutions had any

17  losses.  They've been notified but we're still

18  quantifying whether or not they in fact had any losses.

19         THE COURT:  Do you understand, Xi Quan?

20         DEFENDANT XI QUAN HUANG:  Yes.

21         THE COURT:  Yun Lei?

22         DEFENDANT YUN LEI HUANG:  Yeah.

23         THE COURT:  Yun Wu?

24         DEFENDANT YUN WU HUANG:  Yes.

25         THE COURT:  A $100 special assessment will be

35

Proceedings

1    imposed upon you at or about the time of your sentence.

2            Do you understand me, Xi Quan?

3            DEFENDANT XI QUAN HUANG:  Yes.

4            THE COURT:  Yun Lei?

5            DEFENDANT YUN LEI HUANG:  Yes.

6            THE COURT:  Yun Wu?

7            DEFENDANT YUN WU HUANG:  Yes.

8            THE COURT:  You will be required to pay

9    criminal forfeitures, separate and apart from any

10   restitution, fine or special assessment.  That forfeiture

11   will be in the form of a judgment in the amount of

12   $266,000.

13           Do you understand me, Xi Quan?

14           DEFENDANT XI QUAN HUANG:  Yes.

15           THE COURT:  Yun Lei?

16           DEFENDANT YUN LEI HUANG:  Yes.

17           THE COURT:  And Yun Wu?

18           DEFENDANT YUN WU HUANG:  Yes.

19           THE COURT:  Your admission of guilt and

20   conviction are grounds for your removal from the United

21   States, which will be virtually automatic, and anything

22   you say in my courtroom may be used against you if there

23   is ever a proceeding to remove you or determine whether

24   you may ever return to the United States.

25           Do you understand me, Xi Quan?

36

Proceedings

1    DEFENDANT XI QUAN HUANG:  Yes.

2    THE COURT:  Yun Lei?

3    DEFENDANT YUN LEI HUANG:  Yes.

4    THE COURT:  Yun Wu?

5    DEFENDANT YUN WU HUANG:  Yes.

6    THE COURT:  Then I want to turn your attention

7    to what we call the Sentencing Commission Guidelines.

8    These guidelines will be calculated by Judge Cogan, and

9    they will provide him with a range of months within which

10   the law will suggest an appropriate sentence in your case

11   should be set.

12   Have you had a chance to discuss the guidelines

13   with your attorney, and get your attorney's advice about

14   how they might affect the sentence you receive in this

15   case?

16   Xi Quan?

17   DEFENDANT XI QUAN HUANG:  Yes.

18   THE COURT:  Yun Lei?

19   DEFENDANT YUN LEI HUANG:  Yes.

20   THE COURT:  Yun Wu?

21   DEFENDANT YUN WU HUANG:  Yes.

22   THE COURT:  The prosecutor has estimated that

23   Judge Cogan will calculate your guideline range to be 24

24   to 30 months long, two years to two-and-a-half years

25   long.  I'm sure that the prosecutor was careful when he

37

Proceedings

1   made that estimate, but it is not binding on Judge Cogan.

2   Judge Cogan will make his own guidelines determination

3   and he might calculate a longer guidelines range than the

4   one the prosecutor has estimated.

5           Moreover, Judge Cogan won't make his

6   calculation until he receives something we call a pre-

7   sentence report.  That report has not yet been written.

8           Once it is, you and your lawyer, and the

9   prosecutor will all be allowed to read it.  You will then

10  have an opportunity to appear before Judge Cogan, and on

11  that occasion, you may tell him if there's anything in

12  the report you believe to be inaccurate.

13          Only then will Judge Cogan calculate the

14  guidelines, and as I've said, he might calculate a

15  guidelines range even longer than the 24 to 30 months

16  predicted by the government.

17          Do you understand me, Xi Quan?

18          DEFENDANT XI QUAN HUANG:  Yes.

19          THE COURT:  Yun Lei?

20          DEFENDANT YUN LEI HUANG:  Yes.

21          THE COURT:  Yun Wu?

22          DEFENDANT YUN WU HUANG:  Yes.

23          THE COURT:  Even after the judge calculates

24  your guideline range, he has the responsibility to

25  consider additional facts and circumstances about your

38

Proceedings

1  background, and your criminal conduct, and he has the

2  authority if he deems it appropriate, to impose a

3  sentence even longer than the guidelines range he

4  calculated.

5      Do you understand, Xi Quan?

6      DEFENDANT XI QUAN HUANG:  Yes.

7      THE COURT:  Yun Lei?

8      DEFENDANT YUN LEI HUANG:  Yes.

9      THE COURT:  Yun Wu?

10      DEFENDANT YUN WU HUANG:  Yes.

11      THE COURT:  If you are sentenced to prison for

12  33 months or a shorter period of time, you will have no

13  right to bring any legal challenge to your guilty plea,

14  conviction, or sentence.  Even if you are sentenced to

15  prison for longer than 33 months, you will have no right

16  to withdraw your guilty plea, or raise any legal

17  challenge to your conviction.

18      The only right you would have in that

19  circumstance would be the right to challenge the length

20  of the prison sentence Judge Cogan imposed.

21      Do you understand me, Xi Quan?

22      DEFENDANT XI QUAN HUANG:  Yes.

23      THE COURT:  Yun Lei?

24      DEFENDANT YUN LEI HUANG:  Yes.

25      THE COURT:  Yun Wu?

39

                          Proceedings

1            DEFENDANT YUN WU HUANG:  Yes.

2            THE COURT:  You may have heard of parole which

3    is a program of early release from a prison sentence.

4    Parole is available only in state court proceedings.

5    This is a federal, not a state court proceeding.

6    Whatever sentence you receive from Judge Cogan, you will

7    not be released early from it on parole.

8            Do you understand me, Xi Quan?

9            DEFENDANT XI QUAN HUANG:  Yes.

10           THE COURT:  Yun Lei?

11           DEFENDANT YUN LEI HUANG:  Yes.

12           THE COURT:  Yun Wu?

13           DEFENDANT YUN WU HUANG:  Yes.

14           THE COURT:  Do you have any questions for me,

15   or your attorney about the charge against you, the rights

16   you're being asked to waive, the penalties you are

17   confronting, or anything else at all?

18           Xi Quan?

19           DEFENDANT XI QUAN HUANG:  No.

20           THE COURT:  Yun Lei?

21           DEFENDANT YUN LEI HUANG:  No.

22           THE COURT:  Yun Wu?

23           DEFENDANT YUN WU HUANG:  No.

24           THE COURT:  Is everything I have explained to

25   you today clear in your mind?

Proceedings

1          Xi Quan?

2          DEFENDANT XI QUAN HUANG:  Yes.

3          THE COURT:  Yun Lei?

4          DEFENDANT YUN LEI HUANG:  Yes.

5          THE COURT:  Yun Wu?

6          DEFENDANT YUN WU HUANG:  Yes.

7          THE COURT:  Will Xi Quan Huang and counsel

8   please approach the bench?

9          Yes, I just think given three, I want to

10  separate them for this --

11         MR. CAMPOS:  Oh, I thought -- I wasn't --

12         THE COURT:  No, you're welcome, too.

13         MR. CAMPOS:  No, I wasn't -- okay, I wasn't

14  sure what --

15         THE COURT:  I just want to do them separately

16  from this point on.  Thank you.

17         Xi Quan Huang, are you ready to enter your

18  plea?  Yes or no, are you ready to enter your plea?  Are

19  you ready to plead guilty now?

20         DEFENDANT XI QUAN HUANG:  Yes.

21         THE COURT:  Counsel, do you know of any reason

22  why your client should not tender the guilty plea

23  contemplated by his agreement?

24         MR. LICHTMAN:  No, your Honor.

25         THE COURT:  Xi Quan Huang, with respect to the

41

Proceedings

1   structuring charge in the superseding information we have

2   been discussing, how do you plead, guilty or not guilty?

3            DEFENDANT XI QUAN HUANG:  Guilty.

4            THE COURT:  Do you plead guilty voluntarily and

5   of your own free will?

6            DEFENDANT XI QUAN HUANG:  Yes.

7            THE COURT:  Have you been threatened, or forced

8   in any way to make this plea of guilty?

9            DEFENDANT XI QUAN HUANG:  No.

10           THE COURT:  Other than what's written down in

11   your plea agreement, has anyone promised you anything in

12   return for pleading guilty?

13           DEFENDANT XI QUAN HUANG:  No.

14           THE COURT:  Has anyone promised you what

15   sentence Judge Cogan will impose?

16           DEFENDANT XI QUAN HUANG:  No.

17           THE COURT:  What did you do that makes you

18   guilty of this crime?  Now before you answer me, I see

19   from the physical gesture that you are going to read me

20   something, and I am assuming that your lawyer may have

21   written it.

22           It is appropriate and proper for a lawyer to

23   help you find the words to express yourself, but the

24   responsibility for the accuracy and truthfulness of what

25   you say rests with you, even though a lawyer helped you

42

                              Proceedings

 1   find the words.

 2              Earlier this morning, a different gentleman was

 3   in my courtroom telling me that his guilty plea shouldn't

 4   be held against him because he only said what his lawyer

 5   told him to say.  There is no such excuse available to

 6   you.  You are responsible for these words, not your

 7   attorney.  If they are not true, if they are not what you

 8   recall, don't say them.

 9              Do you understand me?

10              DEFENDANT XI QUAN HUANG:  Yeah, I didn't

11   understand.

12              THE COURT:  You didn't understand.  I will try

13   again.  You have something to read to me now, yes or no?

14              DEFENDANT XI QUAN HUANG:  Yes.

15              THE COURT:  Your lawyer helped you write it?

16              DEFENDANT XI QUAN HUANG:  Yes.

17              THE COURT:  What I am telling you is that

18   you're responsible for what it says, not your lawyer.

19   It's fine that your lawyer helped you decide how to

20   express it, but you are legally responsible for it being

21   the truth, regardless of the legal advice you receive.

22              Do you understand me?

23              DEFENDANT XI QUAN HUANG:  Yes.

24              THE COURT:  Now you may read the document.

25   Thank you.

43

Proceedings

1          DEFENDANT XI QUAN HUANG:  I -- me and my sons,

2   Yun Lei Huang, Yun Wu Huang, was operating a handbag and

3   accessories company in the Queens District of New York,

4   and the name of the company is Huang Fa Leatherwear

5   Company (ph.).

6          Between December 2013, and December 2017, me

7   and my sons through our company, we distributed to New

8   York and other places in the United States through retail

9   and wholesale handbags, and various accessories.

10          Our customers mainly paid for these merchandise

11   using cash or money order.  Under normal circumstances,

12   the payment amount would be less than $10,000 -- would be

13   over $10,000.

14          Under many circumstances, we used these over

15   $10,000 payments, and deposited them under smaller

16   amounts but including under $10,000.  And then we used

17   the smaller amount and deposited into our bank within the

18   Eastern District of New York.

19          The reason we did this is to avoid the currency

20   reporting requirements.  And such transactions within the

21   12-month period exceed $100,000 U.S. and I knew that what

22   I did was wrong.

23          THE COURT:  Is the government satisfied with

24   the allocution?

25          MR. CAMPOS:  Yes, your Honor, we're satisfied.

44

Proceedings

1       THE COURT:  Based on the information given to

2  me, I find that the defendant Xi Quan Huang is acting

3  voluntarily, that he fully understands his rights and the

4  consequences of his guilty plea.  I further find that his

5  guilty plea has a factual basis.  I therefore

6  respectfully recommend that it be accepted by Judge

7  Cogan.

8       I'm told that Judge Cogan has scheduled the

9  sentencing proceeding for January 7th of 2020 at 10 a.m.

10      Between now and when you're sentenced, you will

11 be interviewed by a probation officer.  During that

12 interview, the officer will be gathering information for

13 the report that Judge Cogan will use when he decides your

14 sentence.  So it's important that you be candid and

15 cooperative with the officer during the interview.

16      Anything further from the government with

17 respect to this defendant?

18      MR. CAMPOS:  With respect to this defendant,

19 Judge, we should probably say that the government is not

20 moving to change the bond conditions.

21      THE COURT:  Anything further from defense?

22      MR. LICHTMAN:  No, your Honor.

23      THE COURT:  Thank you, everybody.

24      Will Yun Lei Huang and counsel please approach?

25      Yun Lei Huang, are you ready to enter your

45

Proceedings

1   plea?

2           DEFENDANT YUN LEI HUANG:  Yes.

3           THE COURT:  Counsel, do you know of any reason

4   why your client should not plead guilty pursuant to the

5   agreement?

6           MR. FERNICH:  No, your Honor.

7           THE COURT:  Yun Lei Huang, with respect to the

8   structuring charge in the superseding information, how do

9   you plead, guilty or not guilty?

10          DEFENDANT YUN LEI HUANG:  I plead guilty.

11          THE COURT:  Do you make this guilty plea

12  voluntarily and of your own free will?

13          DEFENDANT YUN LEI HUANG:  Yes.

14          THE COURT:  Has anyone threatened you or

15  pressured you into pleading guilty?

16          DEFENDANT YUN LEI HUANG:  Yes -- oh, no.

17          THE COURT:  Other than what's written in your

18  plea agreement, has anyone promised you anything in

19  return for your guilty plea?

20          DEFENDANT YUN LEI HUANG:  No.

21          THE COURT:  Has anyone promised you what

22  sentence Judge Cogan will impose upon you?

23          DEFENDANT YUN LEI HUANG:  No.

24          THE COURT:  What did you do that makes you

25  guilty of this crime?  Before you read a prepared

46

Proceedings

1   statement, do you understand that you are responsible for

2   its accuracy, not your lawyer, even if your lawyer helped

3   you write it?

4           DEFENDANT YUN LEI HUANG:  Yes.

5           THE COURT:  You may read your statement.

6           DEFENDANT YUN LEI HUANG:  Me and my father, Xi

7   Quan Huang, and my brother, Yun Wu Huang, operated a

8   handbag and accessory business in Queens District.  The

9   name of the company is Huang Fa Leatherwear Company.

10          Between December 2013, and December 2017, me

11  and my father, and brother through our company, we sell

12  by retail and wholesale to various places in the United

13  States and New York, such high -- such leatherwear and

14  accessories. Our customers mainly paid by cash or money

15  order for these purchased merchandise.

16          Under normal circumstances, the payment would

17  be over $10,000.  We took those over $10,000 amount and

18  split them into smaller amounts, including $10,000 or

19  under $10,000.  And then we deposit these smaller amounts

20  into our bank in the Eastern District of New York.  The

21  reason we did this in order to avoid the currency

22  reporting requirements.

23          Such transactions within the 12-month period

24  exceed $100,000 U.S. dollars, and I knew that what I did

25  was wrong.

47

Proceedings

1      THE COURT:  Is the prosecution satisfied with

2  the allocution?

3      MR. CAMPOS:  Yes, your Honor.

4      THE COURT:  Based on the information given to

5  me, I find that the defendant Yun Lei Huang is acting

6  voluntarily, that he fully understands his rights and the

7  consequences of his plea, and that his plea has a factual

8  basis.  I therefore respectfully recommend that Judge

9  Cogan accept the defendant Yun Lei Huang's plea of guilty

10  to the superseding information.

11      Between now and when you're sentenced, you  are

12  going to be interviewed by a probation officer.  That

13  interview will help the officer prepare the report that

14  Judge Cogan will rely upon when he decides your sentence.

15  So I urge you to be candid and cooperative with the

16  officer.

17      Sentencing has been scheduled for January 9th

18  at 10 a.m.

19      Bail continued?

20      MR. CAMPOS:  Yes, your Honor.

21      THE COURT:  Anything further?

22      MR. FERNICH:  Not from me, Judge.

23      MR. CAMPOS:  Not from the government.

24      THE COURT:  Thank you.

25      Will Yun Wu Huang and counsel please approach?

48

Proceedings

1          Yun Wu Huang, are you ready to enter your plea?

2          DEFENDANT YUN WU HUANG:  Yes.

3          THE COURT:  Counsel, do you know of any reason

4    why your client should not enter the guilty plea

5    contemplated by his agreement?

6          MR. SAVELLA:  I don't, your Honor.

7          THE COURT:  Yun Lei Huang, how do you plead,

8    guilty or not guilty?

9          DEFENDANT YUN WU HUANG:  Guilty.

10          THE COURT:  Do you make this guilty plea

11   voluntarily and of your own free will?

12          DEFENDANT YUN WU HUANG:  Yes.

13          THE COURT:  Has anyone threatened you, or

14   pressured you, or forced you into pleading guilty?

15          DEFENDANT YUN WU HUANG:  No.

16          THE COURT:  Other than what's written in your

17   plea agreement, has anyone promised you anything in

18   return for your pleading guilty?

19          DEFENDANT YUN WU HUANG:  No.

20          THE COURT:  Has anyone promised you what

21   sentence Judge Cogan will impose upon you?

22          DEFENDANT YUN WU HUANG:  No.

23          THE COURT:  Tell me in your own words what you

24   did that makes you guilty of the offense?  If you are

25   reading something your lawyer prepared, remember that you

49

Proceedings

1  are responsible for it being the accurate truth, not your

2  attorney, even if your attorney helped you write it.

3          Do you understand?

4          DEFENDANT YUN WU HUANG:  Yes.

5          THE COURT:  You may proceed.

6          DEFENDANT YUN WU HUANG:  Me and my -- and my

7  father, Xi Quan Huang, and my brother Yun Lei Huang,

8  within the Queens District of New York, operated a

9  handbag and accessories -- what do you call -- wholesale

10 company, and the name of the company is Huang Fa

11 Leatherwear Company.

12          Within the period of 2013, December to 2017,

13 December, me and, my father and, brother through our

14 company, retail and wholesale to New York, and various

15 places in the United States such merchandise as handbag

16 and its accessories.

17          Our customers mainly paid by cash or money

18 orders for these merchandises.  And under normal

19 circumstances, such payments would be more than $10,000

20 U.S.  In many circumstances, we would split up these more

21 than $10,000 amounts into smaller amounts, including

22 $10,000 or under $10,000, and then we would deposit such

23 smaller amounts into our banks in the -- within the

24 Eastern District of New York.

25          The reason we did this this way is to avoid our

50
                     Proceedings

1    currency reporting requirements.  And such transactions

2    exceeded 10- -- $100,000 U.S. within a 12-month period.

3    And I knew what I did was wrong.

4            THE COURT:  Mr. Lau, just because I think you

5    misspoke, I want to clarify that you intended to

6    transactions exceeded $100,000.

7            THE INTERPRETER:  $100,000.  Did I say 10?

8    100,000.

9            THE COURT:  First you said 10, then you said

10   100.  So it sounded like 10,100,000.

11           THE INTERPRETER:  Okay.

12           THE COURT:  But  think you meant $100,000,

13   correct?

14           THE INTERPRETER:  100,000.

15           THE COURT:  Thank you.

16           Is the government satisfied with the

17   allocution?

18           MR. CAMPOS:  Yes, your Honor.

19           THE COURT:  Based on the information given to

20   me, I find that the defendant Yun Wu Huang is acting

21   voluntarily, that he fully understands his rights and the

22   consequences of his guilty plea, and that his plea has a

23   factual basis.  I therefore respectfully recommend that

24   Judge Cogan accept the defendant Yun Wu Huang's plea of

25   guilty to the superseding information.

51

                              Proceedings

1            Sentencing has been set for January 13th at 10

2    a.m.

3            Yun Wu Huang, between now and when you'll be

4    interviewed by a probation officer, as the officer tries

5    to prepare the report that Judge Cogan will use to

6    decides your sentence.  So I urge you to be candid and

7    cooperative during the interview.

8            MR. CAMPOS:  And the government is not moving

9    to change the bail conditions.

10           THE COURT:  So ordered.

11           Anything further?

12           MR. CAMPOS:  Nothing, your Honor.

13           THE COURT:  Thank you, everybody.

14           MR. LICHTMAN:  Thank you, your Honor.

15           THE COURT:  Mr. Campos, don't go away.  I've

16   got a lot of paperwork for your --

17           MR. CAMPOS:  Yes, indeed.

18           THE COURT:  -- that is intended for you.

19                (Matter concluded)

20                     -o0o-

21

22

23

24

25

52

1 **C E R T I F I C A T E**

2

3          I, LINDA FERRARA, hereby certify that the

4 foregoing transcript of the said proceedings is a true

5 and accurate transcript from the electronic sound-

6 recording of the proceedings reduced to typewriting in

7 the above-entitled matter.

8

9          I FURTHER CERTIFY that I am not a relative or

10 employee or attorney or counsel of any of the parties,

11 nor a relative or employee of such attorney or counsel,

12 or financially interested directly or indirectly in this

13 action.

14

15          IN WITNESS WHEREOF, I hereunto set my hand this

16 **29th** day of **October**, 2019.

17

18                              *Linda Ferrara*
                               Linda Ferrara

19

20                              AAERT CET**D 656

21                              Transcriptions Plus II, Inc.

22

23

24

25