LAW OFFICE OF
## MARC FERNICH

MARC FERNICH maf@fernichlaw.com
ALSO ADMITTED IN MASSACHUSETTS

800 THIRD AVENUE, FLOOR 20
NEW YORK, NEW YORK 10022
212-446-2346
FAX: 212-459-2299
www.fernichlaw.com

Jun. 30, 2021

**BY ECF**

Hon. Brian M. Cogan
USDJ-EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *US v. Yun Lei Huang*, 18 CR 408 (S-2)-002 (EDNY) (BMC)

Dear Judge Cogan:

Yun Lei Huang submits this letter ahead of his upcoming sentencing for his structuring[1] plea.

Having conducted many related sentencings, Your Honor is fully familiar with the pertinent facts and circumstances. Rather than multiply the record, we therefore adopt and incorporate Yun Lei's presence report[2] and the sentencing submissions of his father and brother. Specifically, we adopt and incorporate the latter's descriptions

---

[1] *See* 31 U.S.C. § 5324(a)(3).

[2] Save the objections referenced in the next paragraph and annexed as Exhibit A.

Hon. Brian M. Cogan
Jun. 30, 2021
Page 2

of the offense conduct and discussions of the Huangs' culpability relative to previously sentenced defendants, briefly adding three further points.

**First**, Yun Lei's PSR objections, served last Oct., remain unresolved. We attach them as Exhibit A for the Court's convenience and consideration.

**Second**, since the related sentencings Your Honor conducted, violence against Asian Americans has skyrocketed due to the coronavirus pandemic. By one recent account, "anti-Asian hate incidents nationwide have jumped from roughly 100 annually to nearly 3,000 reports" over the past year.[3] As a result, Congress passed, and the President signed into law just last month, new legislation aimed at combating Asian hate

---

[3] Nicholas Wu & Marianne Levine, "Senate Faces a New Post-Tragedy Quagmire as Anti-Asian Hate Crimes Rise," Politico (Mar. 28, 2021), *available at* https://www.politico.com/news/2021/03/28/asian-american-hate-crimes-congress-478168 (as visited Mar. 30, 2021); *see also, e.g.*, Nicholas Wu, "White House Unveils New Actions to Counter Rising Anti-Asian Violence," Politico (Mar. 30, 2021) (reporting that White House "rolled out a series of executive actions aimed at addressing a spike in anti-Asian American hate incidents in the aftermath of a shooting in Atlanta that killed six Asian American women," including an announced "Covid-19 Equity Task Force to address xenophobia against Asian Americans and a Justice Department cross-agency initiative addressing rising hate crimes against Asian Americans"), *available at* https://www.politico.com/news/2021/03/30/biden-executive-actions-anti-asian-violence-478491 (as visited Mar. 30, 2021).

Hon. Brian M. Cogan
Jun. 30, 2021
Page 2

crime.[4]

Against this backdrop, Yun Lei – a non-citizen Chinese national with limited proficiency in English – may face a heightened risk of racially motivated violence amid a prison population of hardened criminals ravaged by Covid-19.[5] Compounding that risk is Yun Lei's slight if not delicate appearance and his timid demeanor. Given Yun Lei's extreme vulnerability to prison abuse, a non-custodial sentence – or a custodial sentence to be served by home confinement – seems uniquely appropriate in this case.[6] That's especially true where prison officials' "only means" to "protect" Yun Lei may be extended placement in "solitary

---

[4] *See, e.g.*, Barbara Sprunt, "Here's What the New Hate Crimes Law Aims to Do as Attacks on Asian Americans Rise," NPR (May 20, 2021), *available at* https://www.npr.org/2021/05/20/998599775/biden-to-sign-the-covid-19-hate-crimes-bill-as-anti-asian-american-attacks-rise (as visited Jun. 29, 2021).

[5] *See, e.g.*, Madeleine Carlisle & Josiah Bates, "With over 275,000 Infections and 1,700 Deaths, COVID-19 Has Devastated the U.S. Prison and Jail Population," *Time* (Dec. 28, 2020), *available at* https://time.com/5924211/coronavirus-outbreaks-prisons-jails-vaccines/ (as visited Mar. 30, 2021).

[6] *See U.S. v. Lara*, 905 F.2d 599 (CA2 1990) (recognizing "extreme vulnerability" to prison abuse as a "proper ground for departure" from then-mandatory Sentencing Guidelines).

Hon. Brian M. Cogan
Jun. 30, 2021
Page 2

confinement"[7] – exceedingly harsh treatment otherwise unwarranted on the facts and circumstances presented.

**Third**, the letters of support collectively annexed as Exhibit B demonstrate Yun Lei's sincere contrition and strength of character as a father and husband. They also highlight his minimal risk of reoffending and great potential for rehabilitation.

For the preceding reasons and those urged by the other Huang defendants – to be amplified orally at sentencing – a significantly below Guideline sentence is "sufficient[] but not greater than necessary" to achieve punishment's "purposes" here.[8]

Respectfully,

Marc Fernich

cc: All counsel (ECF)

---

[7] *Ibid.* at 602-03.

[8] *See* 18 U.S.C. § 3553(a)(2).