Xiang Chen

December 15, 2019

Dear Your Honor:

My name is Xiang Chen, I am an Import and Sourcing Manager in garment accessories company more than 20 years. I have known Yunlei Huang as a good friend for about 6 years already, very close with him and his family. He is the sole breadwinner of his family, a very responsible man to his family, doing his best to provide stable lifestyle to his wife and his two adorable daughters, he is a generous and caring person that I ever known, it is my pleasure and honor to be his friend.

He spoke to me about his case openly last year, I can tell that he is deeply regretted from our first conversation. we then had few more chat, he told me he will never disobey the law again, and he will do whatever he can to give back to community in the future.

Your honor, Yunlei Huang already learned from his mistake and extremely regretted. As he is the breadwinner of his family, I cannot imagine if anything happens to him, if the family without his support, two beautiful daughters without father around.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Yunlei Huang to be a honorable individual and a good human being.

Sincerely

Xiang Chen

Your Honor,

This is Yuan Zhang. I'm Yun Lei Huang's wife. We have been married for 5 years and we have 2 lovely daughters.

To me he is a good husband and to children he is a good father. Wake up every morning, everyone around him needs him, but he has no one to rely on. My English not good, I don't know how to express it. But he made a mistake and should be punished. He is very sorry. H e will correct mistake and let me and the children see the hope of life. I beg the judge to give him a chance.

*Zhang Yuan*

12/12/19

Your Honor,

    This is Ke Xu, the Manager of Lax Logistics LLC, also a disable Veteran of United States, and a very close friend of Huang, Yun Lei. Of the 3 years I've been associate with him and his family, realized that he is a very responsible man, which to his wife and two beautiful kids.   During the years we have been friends, I've seen the honesty, loyalty, and generous of him to his friends which who needed help, and helped me couple of times without any questions and payback.

    We had discussions about the mistake and misbehave he has made, he is so regretful of what he has had done, and also the knowledgess of this specific type of things. He has now learned it in the hard way, and willing to face his mistake he has been made.  So, he can teach his two young children what should and should not do in life. Please reconsider his character.

*Ke Xu*

11-20-2019

Your Honor,

This is Shang-Ping Liu. I'm a graphic designer and brand director who lives in Queens, NY. I'm writing on the behalf of Yun Lei Huang, who is appearing before your court due to the crime.

I have been a friend with Yun Lei Huang for 4 years. We had been co-workers for about 1 year.

He's a loyal friend. Whenever you need help, he's always the first one to say YES.

And he works so hard, because he wants to give his family good lives. Not like any Chinese father, spending time with his two little girls growing up is his biggest dream. He wishes to give his two girls have chance to pursue their own dreams and succeed in USA.

I do believe Yun Lei Huang has known his mistakes.

Your honor, please give him a chance to pay what he did. He is a good man, a good father and a good friend.

Sincerely,

Shang Ping Liu

*[signature]* 11/20/2019

1/9/2020

Hon. Brian M. Cogan
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Cogan,

    My name is Huijuan Ye. I'm Yunlei Huang's sister-in law. I understand that he will be sentencing before you in April. I'm writing this letter to considerate he is a good man.

    I know him since 2011. Before I married to his brother, every time I went to his family, he always called me sister-in law, very polite. At that time, I felt very warm. I knew he admitted I was part of their family. Technically I watched him "grow up" i.e. I knew know almost 10 years.

    Now he got married and has two lovely children. He's still very nice to me. He's a very responsible and lovely daddy. As I know, basically he's looking after his older daughter since she born. For example, he would change her diaper, taking shower for her and sleep with her at night. I always see he took the kids to the park. He is very kind uncle as well. In the summer, when he buys ice cream for his kids, he always buys extra for my kids. My kids like to go to his house. He teaches his kids very well. He lives upstairs. I never heard their kids make noise on the floor, always very quiet.

    At the last, I want to say he is a good man and a very good father. He loves his family very much. I hope you can take this letter into consideration at the time of sentencing.

    Thanks for taking time to read my letter.

Sincerely,

*[signature]*

Huijuan Ye

Your Honor,

My name is Emmonuel Richardson and I am a UPS package handler. I have personally known Yun Lei Huang for 2 years as my friend. I voluntarily provide a character reference on his behalf.

During my relationship with Yun Lei Huang, I have experienced an individual who shows up earlier than asked, works hard, and carries themselves in a polite, respectable manner. When friends are in need, he always help with a passionate and sincere heart. In addition, Yun Lei Huang is a family-person. Not like other Chinese father I know, what he wants is simple: the company of family and friends. Especially with his two lovely daughters.

I understand Yun Lei Huang made some mistakes, but he expressed his deepest regrets for what he did. Please do not hesitate to contact me if you should require any further information.

Best,

*[signature]*

12/17/19

Your Honor,

This is Weizou Ye, a very good friend of Yunlei Huang since 8 years ago. Because our home is close, we meet each other every often. So I know what kind of person he is. He has always been a responsible man who treats friends and family very well. He helped many friends including me over years.

We have discussed what he has done before, and he totally understood this wrong behavior. He regrets the mistakes he made due to lack of legal knowledge. Because he has two lovely kids and wife at home and needs him to take care. Plead for a lighter sentence and a chance to mend his life.

Weizou Ye

03/03/2020